Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OMAR ALEJANDRO LEIVA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC,  a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:16-cv-02093-RFB-VCF<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CACH, LLC WITH PREJUDICE** |

Plaintiff, Omar Alejandro Leiva ("Plaintiff"), and Defendant, CACH, LLC ("CACH") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Page 1 of 3

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to CACH, with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 17, 2016

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 17, 2016

**LEWIS ROCA ROTHGERBER
CHRISTIE LLP**

*/s/ J. Christopher Jorgensen*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
cjorgensen@lrrc.com
*Attorneys for Defendant*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CACH, LLC

Pursuant to the stipulation of the Parties under FRCP 41(a), CACH is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED:  November 29, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF CACH, LLC WITH PREJUDICE** was electronically served to the following parties:

J. Christopher Jorgensen, Esq.
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
cjorgensen@lrrc.com
*Attorneys for Defendant CACH, LLC*

Dated: November 17, 2016

*/s/ Caesy Morales*_____.
An Employee of the Law Office of Kevin L. Hernandez

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408